MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>FRANCISCO DIAZ,<br><br>              Defendant. | CASE NO. 1:23-CR-00115-NODJ-BAM<br><br>STIPULATION VACATNG STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; AND ORDER |

**STIPULATION**

1.     By previous order, this matter was set for status conference on May 28, 2025.

2.     By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on February 24, 2025.

3.     No exclusion of time is required as time was previously excluded up to and including May 28, 2025.

       IT IS SO STIPULATED.

Dated: February 6, 2025                             MICHELE BECKWITH
                                                    Acting United States Attorney

                                                    /s/ ANTONIO J. PATACA
                                                    ANTONIO J. PATACA
                                                    Assistant United States Attorney

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated: February 6, 2025                     /s/ ERIC SCHWEITZER
                                            ERIC SCHWEITZER
                                            Counsel for Defendant
                                            FRANCISCO DIAZ

### ORDER

IT IS SO ORDERED that the status conference set for May 28, 2025, is vacated. A change of plea hearing is set for **February 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded up to and including May 28, 2025.

IT IS SO ORDERED.

Dated:   **February 7, 2025**                /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE