ERIC H. SCHWEITZER #179776
SCHWEITZER & DAVIDIAN, P.C.
620 DeWitt Ave., Suite 102
Clovis, CA  93612
Phone: (559) 322-1500
Fax:  (559) 322-1551
Email:  lawyericisin@yahoo.com

ATTORNEYS FOR Defendant, FRANCISCO DIAZ

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO DIAZ,<br><br>　　　　　Defendant. | Case No.  1:23-cr-00115-TLN-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

　　**IT IS HEREBY STIPULATED** and agreed by and between the parties hereto that the Sentencing Hearing currently on calendar for June 2, 2025, at 9:30 a.m., be continued to **July 14, 2025, at 10:00 a.m. in Courtroom 5 before the Honorable Judge Dale A. Drozd**, or as soon thereafter as is convenient to the court's calendar.

　　This continuance is requested by counsel for Defendant, FRANCISCO DIAZ, due to the fact that counsel is currently in a trial which shall last until the end of June, 2025.

///

///

///

///

Counsel for Defendant's Office has been in communication with Assistant U.S. Attorney, ANTONIO PATACA, who has no objection to this continuance.

Dated: May 21, 2025.　　　　　Respectfully submitted,

SCHWEITZER & DAVIDIAN, P.C.

/s/ ERIC H. SCHWEITZER

_____
ERIC H. SCHWEITZER
Attorney for Defendant,
FRANCISCO DIAZ

Dated: May 21, 2025.　　　　　UNITED STATES ATTORNEY'S OFFICE

/s/ ANTONIO PATACA

_____
ANTONIO PATACA
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**IT IS SO ORDERED.**

DATED: May 21, 2025

_____
Troy L. Nunley
Chief United States District Judge